# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **KEITH BRADLEY MARQUART,** Defendant. | CR 24-161-BLG-SPW **ORDER** |

Upon the United States' Unopposed Motion to Dismiss Indictment Without Prejudice (Doc. 23), and for good cause shown,

**IT IS HEREBY ORDERED** that the United States' Motion (Doc. 23) is **GRANTED.** The indictment in the above-captioned matter is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the trial presently set for Monday, February 24, 2025 at 9:00 a.m. is **VACATED.**

**IT IS FURTHER ORDERED** that the Defendant, Keith Bradley Marquart be released from the custody of the U.S. Marshals Service.

1

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 12th day of February, 2025.

*Susan P. Watters*
Susan P. Watters, District Judge
United States District Court